418

## Murray Motor Vehicle Operator License Case.

Argued April 14, 1964. Before ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ. (RHODES, P. J., absent).

*Elmer T. Bolla,* Deputy Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Commonwealth, appellant.

*J. F. O'Malley,* with him *Yost & O'Malley,* for appellee.

*Patrick A. Gleason,* for appellees.

*R. Thomas Strayer,* for appellee.

OPINION BY WOODSIDE, J., June 11, 1964:

These are other appeals by the Commonwealth, each from an order entered by Judge SHETTIG for the Court

of Common Pleas of Cambria County reversing the order of the Secretary of Revenue suspending an operator's license. The court below was of the opinion that the radar warning signs did not meet the requirements of The Vehicle Code of April 29, 1959, P. L. 58, §1002-(d.1), 75 P.S. §1002(d.1), as amended. For the reasons set forth in *Fornwalt Motor Vehicle Operator License Case*, 203 Pa. Superior Ct. 411, 202 A. 2d 115[2] (1964), the court below erred.

Orders reversed.